UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:17-cr-0048-SEB-TAB |
| BRYANT A. LEWIS,<br>Defendant. | ) | - 01 |

**SCHEDULING ORDER**

The Court hereby sets the above cause of action for an initial hearing on the Indictment returned on March 21, 2017 for **March 30, 2017 at 3:30 p.m.** in courtroom 270 before the criminal duty magistrate judge.

**SO ORDERED**.

Date: 24 MAR 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system